IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Luis Carlos Aguilar-Ochoa, Jr.<br><br>Defendant. | CR -10-3021-TUC-RCC(JCG)(CRP)<br><br>**ORDER** |

The Court has reviewed the Magistrate Judge's Report and Recommendation, Defendant's Objections and Government's Response thereto,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (Doc.99).

**IT IS FURTHER ORDERED DENYING** Defendant's Motion to Dismiss Superceding Indictment (Doc. 76)

This case is currently set for trial on January 18, 2012 at 9:30 a.m.

DATED this 23rd day of November, 2011.

_____
Raner C. Collins
United States District Judge

*mg*